# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

**Leonardo Trivigno**
Associate

Direct Dial: 212-238-8724
E-mail: trivigno@clm.com

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

November 12, 2013

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re: *Megan Wallace v. The Standard Fire Insurance Company*
          (Case No. 13-7461) (ALC) (GWG)

Dear Judge Carter:

    This firm is local counsel to The Standard Fire Insurance Co. ("Standard Fire") in the above-captioned matter. I write to request an extension of Standard Fire's time to respond to the Complaint to December 18, 2013. This is the first request for an extension. Standard Fire's deadline to respond to the Complaint is currently November 18, 2013. Plaintiff's counsel has consented to the requested extension. The requested extension does not affect any other scheduled dates.

                                      Respectfully Submitted,

                                        Leonardo Trivigno

cc: Barbara A. Matarazzo (via email, bamatarazzo@gmail.com)
     *Attorney for Plaintiff*

7314589.1