Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: 212-732-3200
lockhart@clm.com
trivigno@clm.com

Craig Russell Blackman, Esq.
Jana M. Landon, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
Telephone: (215) 564-8000
cblackman@stradley.com
jlandon@stradley.com

*Attorneys for Defendant, The Standard Fire Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| MEGAN WALLACE, | : | ECF CASE |
| | : | |
| Plaintiff, | : | Case No. 13-CV-07461 (ALC) (GWG) |
| | : | |
| -against- | : | |
| | : | **NOTICE OF APPEARANCE** |
| THE STANDARD FIRE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel in the above-captioned action for Defendant, The Standard Fire Insurance Company. I certify that I am admitted to practice before this Court.

7318531.1

Dated:  November 20, 2013
       New York, New York

                                        CARTER LEDYARD & MILBURN LLP

                                        By:  /s/ Leonardo Trivigno

                                        Leonardo Trivigno
                                        2 Wall Street
                                        New York, New York 10005
                                        Tel: (212) 732-3200
                                        Email: trivigno@clm.com

                                        *Attorneys for Defendant The Standard Fire Insurance Company*

7318531.1