```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MEGAN WALLACE,

                          Plaintiff,

     -against-

THE STANDARD FIRE INSURANCE CO., NEW        Civil Action No.:
YORK PROPERTY INSURANCE UNDERWRITING             13 CV 7461 (ALC)
ASSOCIATION and FIDELITY NATIONAL
PROPERTY & CASUALTY INS. CO.,

                          Defendant.
----------------------------------------X
```

### CORPORATE DISCLOSURE STATEMENT OF NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION

Defendant, NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION is a joint underwriting association established by the New York State Legislature with a principal place of business in New York County, New York and solely does business within the State of New York.  Furthermore, New York Property Underwriting Association is not a publicly traded company and no publicly traded company owns any part of New York Property Insurance Underwriting Association.

Dated:  Jericho, New York
        November 26, 2013

Respectfully submitted,

FELDMAN, RUDY, KIRBY
& FARQUHARSON, P.C.
Attorneys for Defendant NEW YORK
PROPERTY INSURANCE UNDERWRITING
ASSOCIATION

_____
BY: BRIAN R. RUDY, ESQ. (BR5672)
410  Jericho Turnpike – Ste. 315
Jericho, NY 11753
(516) 334-2500
(516) 334-2532 – fax